| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Seibert, James E. | 2. Court or Organization<br><br>U.S. District Court, NDWV | 3. Date of Report<br><br>05/14/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>1125 Chapline Street<br>Wheeling, WV 26003 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Oglebay Institute - Non Profit Corporation |
| 2. | Power of Attorney | Checking Account |
| 3. | Advisory Committee | Wheeling Auto Club Fund of the Community Foundation for the Ohio Valley, Inc. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-Employed, Real Estate Agent |
| 2. | 2011 | First Choice Real Estate, LLC - Owner and Independent Contractor Realtor |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Bank | JDS Investments, LLC - Guarantor of Note Secured by Deed of Trust | M |
| 2. | United Bank | JDS Investments, LLC - Guarantor of Note Secured by Deed of Trust | K |
| 3. | United Bank | [          ] - Note Secured by Deed of Trust | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Bank Accounts | A | Interest | J | T | | | | | |
| 2. Main Street Bank Corp Accounts | A | Interest | K | T | | | | | |
| 3. United Bank - POA | A | Interest | J | T | | | | | |
| 4. First Choice Real Estate LLC | A | Interest | K | T | | | | | |
| 5. Brokerage SEP Account #1 | A | Dividend | K | T | | | | | |
| 6. - American Fund - Short- Term Bond Fund of America | | | | | Sold (part) | 12/09/11 | J | | |
| 7. Sun Life Assurance | A | Dividend | J | T | | | | | |
| 8. Sun Life Financial | A | Dividend | J | T | | | | | |
| 9. Guardian | A | Dividend | J | T | | | | | |
| 10. Guardian | A | Dividend | J | T | | | | | |
| 11. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 12. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 13. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 14. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 15. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 16. NML Insurance Co. | A | Dividend | K | T | | | | | |
| 17. NML Insurance Co. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NML Insurance Co. | A | Dividend | J | T | | | | | |
| 19. Main Street Bank CDs | A | Interest | J | T | | | | | |
| 20. Main Street Bank Stock | A | Dividend | J | T | | | | | |
| 21. Gold FR Rooster | | None | J | T | | | | | |
| 22. Silver Eagle | | None | J | T | | | | | |
| 23. Peregrine Pharmaceuticals | | None | J | T | | | | | |
| 24. Direct Online Marketing - Note Receivable | A | Interest | M | T | | | | | |
| 25. JDS Investments LLC - Rental property, Ohio County, WV | D | Rent | M | U | | | | | |
| 26. JDS Investments LLC - Royalty interest, Ohio County, WV | D | Royalty | J | W | | | | | |
| 27. Prudential Advanced Series Apex II Annuity | | None | M | T | | | | | |
| 28. LPL Financial SEP IRA Retirement Account #2 | D | Dividend | M | T | | | | | |
| 29. -JPMorgan US Government Money Market Fund | | | | | | | | | |
| 30. - Inner Circle Fund II Grt Value Fund | | | | | Buy | 07/21/11 | J | | |
| 31. -AQR Funds Diversified Arbitrage Fund Class I | | | | | Buy | 02/25/11 | K | | |
| 32. -Artisan Fds Inc Mid Cap Value Fd Inv Shs | | | | | | | | | |
| 33. -Aston Funds Montag & Caldwell Growth Fd | | | | | Sold | 03/16/11 | J | A | |
| 34. -Blackrock Large Cap Series Funds Inc Large Cap Value Fund | | | | | Sold (part) | 01/31/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 06/06/11 | J | A | |
| 36. | | | | | Sold | 06/23/11 | J | A | |
| 37. -Credit Suisse | | | | | Buy | 02/23/11 | J | | |
| 38. | | | | | Sold | 11/04/11 | J | | |
| 39. -Columbia Funds Ser Trust II Marsico Flexible Cap Fund | | | | | Buy | 1/31/11 | J | | |
| 40. -Delaware Emerging Markets Fund Instl | | | | | Sold | 01/31/11 | J | A | |
| 41. -Eagle Ser Mid Cap Stock Fund | | | | | Sold | 06/23/11 | J | A | |
| 42. -Eaton Vance Municipals Tr National Municipal Income Fund | | | | | Buy | 01/31/11 | K | | |
| 43. -Eaton Vance Mutual Funds Floating Rate | | | | | | | | | |
| 44. -First Eagle Funds Inc Overseas Fund Class I | | | | | Buy | 07/21/11 | J | | |
| 45. -Forward Funds Global Infrastructure Fund Instl Cl | | | | | Buy | 03/29/11 | J | | |
| 46. -Hotchkis & Wiley Funds High Yield Fund Class A | | | | | Buy | 07/21/11 | J | | |
| 47. -Ivy Funds Inc Asset Strategy Fund | | | | | Sold | 02/25/11 | J | A | |
| 48. -JPMorgan Trust Strategic Income Opptys Fund | | | | | Buy | 07/21/11 | J | | |
| 49. -Mainstay Funds High Yield Corporate Bond Fund | | | | | Buy (add'l) | 02/02/11 | J | | |
| 50. | | | | | Buy (add'l) | 03/02/11 | J | | |
| 51. | | | | | Sold (part) | 02/25/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 03/16/11 | K | A | |
| 53. -Managers Trust I Managers AMG FQ Global Alternatives Fund | | | | | Buy (add'l) | 04/19/11 | J | | |
| 54. | | | | | Sold | 07/21/11 | J | | |
| 55. -Morgan Stanley Institutional Fund Inc Global Real Estate | | | | | Sold | 06/06/11 | J | A | |
| 56. -Oppenheimer Senior Floating Rate Fund Cl Y | | | | | Buy | 03/29/11 | J | | |
| 57. -Pimco Fd Pac Invt Mgmt Total Return Fd | | | | | Sold (part) | 01/31/11 | J | | |
| 58. | | | | | Sold (part) | 02/23/11 | J | | |
| 59. -RS Investment Trust Global Natural Resources Fund | | | | | | | | | |
| 60. -Templeton Global Invt Tr Glbl Bd Fd Inc Tr Advsr | | | | | | | | | |
| 61. -Turner Funds Spectrum Fund | | | | | | | | | |
| 62. -Western Asset Fds Inc Core Plus Bd Port | | | | | Sold (part) | 11/21/11 | J | A | |
| 63. Commercial Rental Property #1, Wheeling, WV (2010 $82,825) | | None | L | R | | | | | |
| 64. Flyover Films LLC | | None | J | U | Buy | 03/03/11 | J | | |
| 65. Flyover Films LLC | | None | J | U | Buy | 03/03/11 | J | | |
| 66. Gas royalty interest, Lewis County, WV (X) | D | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Seibert, James E. | 05/14/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note A -
Parcel 1 is located in Wheeling, WV.
Parcel 2 is located in Valley Grove, WV.
This is a piece of family-owned real estate.
As instructed in the Committee's letter dated September 3, 2010, this partnership is now listed as
investment income in Part VII instead of non-investment income in Part III.

Note B -
Peas in a Pod LLC dissolved 12/31/10.
Interest on Gala Group LLC sale on 1/1/11 was $42.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Seibert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544